STEPHEN SWEENEY et al., Appellants, *v.* FORTY WALL STREET BUILDING, INC., et al., Respondents.

Submitted May 18, 1953; decided June 5, 1953.

*Edward A. Niles* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.